JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 914 -- In re Volcano Energy Systems, Inc., Boiler Systems Contract and Patent Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/12/10 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, EXHIBITS A through Q AND CERT. OF SVC. -- filed by defts. Volcano Energy Systems, Inc. for transfer of actions -- SUGGESTED TRANSFEREE DISTRICT: D. New Jersey -- SUGGESTED TRANSFEREE JUDGE: ? (kac) |
| 91/12/12 | | AMENDED CERT. OF SVC. -- (to pldg. #1) attached to pldg. (kac) |
| 91/12/19 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing in Phoenix, Arizona on January 31, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 91/12/23 | | APPEARANCES -- ERIC C. OLSON, ESQ. for Energy Consortium Industries, ROBERT G. SHEPHERD, ESQ. for Envirotec Energy Systems, Inc. and Armada Investment Group and ROY H. WEPNER, ESQ. for Volcano Energy Systems, Inc. and The International Boiler Works Company (kac) |
| 91/12/30 | 2 | RESPONSE -- (to pldg. #1) filed by defts. Envirotec Energy Systems, Inc. and Armada Investment Group, Inc.(only filed original and one copy -- informed counsel of deficiency) -- with cert. of svc. (kac) |
| 91/12/31 | | LETTER -- with additional 11 copies of pldg. #2 (kac) |
| 92/01/06 | 3 | REPLY BRIEF -- filed by Volcano Energy Systems, Inc. w/exhibit A and b and cert. of svc. (ds) |
| 92/01/31 | | WAIVERS OF ORAL ARGUMENT -- (For Hearing on 1/31/92 in Phoenix, AZ) ALL PARTIES WAIVED (rh) |
| 92/02/20 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable H. Lee Sarokin (kac) |
| 92/02/20 | | TRANSFER ORDER -- transferring A-1, A-2, A-3 and A-5 to the District of New Jersey -- Notified involved clerks, judges, counsel and misc. recipients (kac) |
| 92/04/22 | 4 | SUGGESTION OF REMAND -- From Judge Sarokin for remand of A-1, A-2 and A-3. |
| 92/04/22 | | CONDITIONAL REMAND ORDERS FILED TODAY. (A-1, A-2 and A-3) -- Notified involved counsel, clerk and judge. (rew) |

JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/05/08 | | CONDITIONAL REMAND ORDERS **FINAL** TODAY -- (A-1, A-2 and A-3) -- Notified involved judge and clerks (kac) |

JPML Form 1

Revised: 8/78

DOCKET NO. 914 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Volcano Energy Systems, Inc., Boiler Systems Contract and Patent Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | February 20, 1992 | T.O. | Unpublished | D. New Jersey | H. Lee Sarokin | |

Misc # 92-32

Special Transferee Information

DATE CLOSED: 5/8/92

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 914 -- In re Volcano Energy Systems, Inc., Boiler Systems Contract and Patent Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | The Keeler Company, Inc. v. Volcano Energy Systems, Inc. and Envirotec Energy Systems, Inc. | Penn. E.D. Troutman | 91-4979 | 02/20/92 | 92-860 | 5/8/92 R | CRO filed 4/22/92 |
| A-2 | Envirotec Energy Systems, Inc. v. Energy Consortium Industries | Nev. McKibben | CV-S-91-431 HDM-LRL | 02/20/92 | 92-859 | 5/8/92 R | CRO filed 4/26/92 |
| A-3 | Envirotec Energy Systems, Inc. v. The J.H. Comins Company | Mich., E.D. Gadola | 91-CV-74430 DT | 02/20/92 | 92-861 | 5/8/92 R | CRO filed 4/22/92 |
| A-4 | George Cooke and Elizabeth Cooke v. Envirotec Energy Systems, Inc., Unilux Superior Industries, Armada Investment Group, Inc, Superior Combustion Industries, Inc., Superior Combustion Industries Midwest, Inc., Harvey N. Morris and Felix J. Rospond | Ill., N.D. Holderman | 91-C-3948 | | | | |
| A-5 | Armada Investment Group, Inc. and Envirotec Energy Systems, Inc. v. Volcano Energy Systems, Inc. and The International Boiler Works Company | NJ Sarokin | 91-2496 (HLS) | NTN | | 3/26/92 D. | |

Sept 3TR/3 remanded/1×93/1 dis.\0 pend

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 914 --    In re Volcano Energy Systems, Inc., Boiler Systems Contract and Patent Litigation

================================================================

THE KEELER COMPANY, INC. (A-1)
Jeffery R. Elliott, Esq. (No app. rec.)   *per request*
Kozloff, Diener, Payne & Fegley
2640 Westview Drive
P.O. Box 6286
Wyomissing, PA  19610

VOLCANO ENERGY SYSTEMS, INC. (Deft. A-1)
James F. Lynn, Esq. (No app. rec.)
Harvey, Pennington, Herting &
  Renneisen, Ltd.
1600 Market Street, 12th floor
Philadelphia, PA  19103

ENVIROTEC ENERGY SYSTEMS, INC. (Deft. A-1)
Matthew D. Dupee, Esq. (No app. rec.)
Baldwin Professional Corporation
1429 Walnut Street, 8th Floor
Philadelphia, PA  19102

ENVIROTEC ENERGY SYSTEMS, INC. (A-2)
Robert E. Murdock, Esq. (No app. rec.)
Beckley, Singleton, De Lanoy,
  Jemison & List, Chartered
530 Las Vegas Boulevard, South
Las Vegas, NV  89101

ENERGY CONSORTIUM INDUSTRIES (Deft. A-2)
Eric C. Olson, Esq.
Marvin D. Bagley, Esq.
Van Cott, Bagley, Cornwall
  & McCarthy
50 South Main Street, Suite 1600
P.O. Box 45340
Salt Lake City, UT  84145

ENVIROTEC ENERGY SYSTEMS, INC. (A-3)
A. Benjamin Henson, Esq. (No app. rec.)
Plunkett & Cooney, P.C.
900 Marquette Building
Detroit, MI  48226

THE J.H. COMINS COMPANY (Deft. A-3)
The J. H. Comins Company (No app. rec.)
30856-B Groesbeck    *ret. corr.*
Roseville, MI  48066

GEORGE COOKE AND ELIZABETH COOK (A-4)
Richard C. Perna, Esq. (No app. rec.)
Jeffrey W. Deer, Esq.             *Dismissed 12/6/91*
Johnson & Bell, Ltd.
222 North LaSalle Street
Suite 2200
Chicago, IL  60601

ENVIROTEC ENERGY SYSTEMS, INC.
ARMADA INVESTMENT GROUP, INC. (Defts. A-4)
Willis R. Tribler, Esq. (No app. rec.)
Phillip R. King, Esq.
Tribler & Orpett                  *Dismissed 12/6/91*
30 North LaSalle Street
Suite 2200
Chicago, IL  60602

HARVEY N. MORRIS (Deft. A-4)
Harvey N. Morris (Corr. returned)
27 Fairway Drive
West Orange, NJ  07052

FELIX J. ROSPOND (Deft. A-4)
Felix J. Rospond (No app. rec.)   *Dismissed 12/6/91*
27 Fairway Drive
West Orange, NJ  07052

ENVIROTEC ENERGY SYSTEMS, INC.
ARMADA INVESTMENT GROUP (A-5)
Robert G. Shepherd, Esq.
Matthews, Woodbridge &
  Collins, P.A.
100 Thanet Circle, Suite 306
Princeton, NJ  08540-3662

```
JPML Form 4 -- Continuation                 Panel Attorney Service List -- p.2

DOCKET NO. 899 -- In re Mortgage Escrow Deposit Litigation
===================================================================
```

VOLCANO ENERGY SYSTEMS, INC.
THE INTERNATIONAL BOILER WORKS COMPANY
(Defts. A-5)
Roy H. Wepner, Esq.
Lerner, David, Littenberg,
 Krumholz & Mentlik
600 South Avenue West
Westfield, NJ  07090-1498

SUPERIOR ENERQUIP CORPORATION
SUPERIOR COMBUSTION INDUSTRIES, INC.
(Defts. A-5)
John L. Laskey, Esq. (No app. rec.)
Lesser & Kaplin
Three Greentree Centre
Suite 104, Route 73
Marlton, NJ  08053-3215

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 914 -- In re Volcano Energy Systems, Inc., Boiler Systems Contract and Patent Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Volcano Energy Systems, Inc. | A-1 |
| Envirotec Energy Systems, Inc. | A-1, A-4 |
| Energy Consortium Industries | A-2 |
| The J.H. Comins Company | A-3 |
| Unilux Superior Industries | A-4 |
| Armada Investment Group, Inc. | A-4 |
| Superior Combustion Industries, Inc. | A-4 |
| Superior Combustion Industries, Midwest, Inc. | A-4 |
| Harvey N. Morris | A-4 |
| Felix J. Rospond | A-4 |
|  |  |