JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB 2 0 1992

PATRICIA D. HOWARD
CLERK OF THE PANEL

## DOCKET NO. 914

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VOLCANO ENERGY SYSTEMS, INC., BOILER SYSTEMS CONTRACT AND PATENT LITIGATION

BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK, LOUIS H. POLLAK, HALBERT O. WOODWARD,[*] ROBERT R. MERHIGE, JR., AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL

### TRANSFER ORDER

This litigation presently consists of four actions pending in the following federal districts: one action each in the District of New Jersey, District of Nevada, Eastern District of Pennsylvania and Eastern District of Michigan.[1] Before the Panel is a motion by Volcano Energy Systems, Inc. to centralize all actions in the District of New Jersey for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407. Envirotec Energy Systems, Inc. and the Armada Investment Group do not oppose the motion.

On the basis of the papers filed,[2] the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the District of New Jersey will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share questions of fact arising from the ownership, validity and enforceability of a patent used in the manufacture of boiler systems; the licensing and sublicensing of this patent; and contract disputes concerning sales of boiler systems embodying the patent. Centralization under Section 1407 is thus necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings and conserve the resources of the parties, their counsel and the judiciary.

---

[*] Judge Woodward took no part in the decision of this matter.

[1] This litigation originally included a fifth action, *George Cooke, et al. v. Envirotec Energy Systems, Inc., et al.*, N.D. Illinois, C.A. No. C91-CV-3948. This action was dismissed on December 6, 1991. Accordingly the question of Section 1407 transfer of this action is moot.

[2] The parties waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).

- 2 -

We agree that the District of New Jersey is the appropriate transferee forum for this docket. We note that the most comprehensive action involving these overlapping disputes is pending there.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the District of New Jersey be, and the same hereby are, transferred to the District of New Jersey and, with the consent of that court, assigned to the Honorable H. Lee Sarokin for coordinated or consolidated pretrial proceedings with the action pending there.

FOR THE PANEL:

John F. Nangle
Chairman

# SCHEDULE A

## MDL-914 -- In re Volcano Energy Systems, Inc., Boiler Systems Contract and Patent Litigation

### District of Nevada

*Envirotec Energy Systems, Inc. v. Energy Consortium Industries v. Volcano Energy Systems, Inc.,* C.A. No. CV-S-91-431-HDM-LRL

### Eastern District of Pennsylvania

*The Keeler Co., Inc. v. Volcano Energy Systems, Inc., et al.,* C.A. No. 91-4979

### Eastern District of Michigan

*Envirotec Energy Systems, Inc. v. The J.H. Comins Co.,* C.A. No. 91-74430 DT

### District of New Jersey

*Armada Investment Group, Inc., et al. v. Volcano Energy Systems, Inc.,* C.A. No. 91-2496-HLS